1  STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
   ANDREA BREUER, ESQ.; STATE BAR NO.: 161819
2
   **THARPE & HOWELL, LLP**
3  **15250 Ventura Blvd., Ninth Floor**
   **Sherman Oaks, California 91403**
4  **(818) 205-9955; (818) 205-9944 fax**
   E-Mail:  sforman@tharpe-howell.com
5  E-Mail:  abreuer@tharpe-howell.com

6  Attorneys for Defendant,
   LOWE'S HOME CENTERS, LLC (DOE 1)
7

8                UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10

11 | JOSEPH HURTADO, an individual | Case No.: 5:23-cv-00065-SSS (SHKx)
12 |                  Plaintiff,   | [*Riverside County Superior Court Case No.: CVRI2202811*]
13 | v.                            | [Assigned to Hon. Sunshine Suzanne Sykes, District Judge; Hon. Shashi H. Kewalramani, Magistrate Judge]
14 | LOWE'S COMPANY INC., a business entity, and DOES 1 through 50, inclusive |
15 |                               |
16 |                  Defendants.  | **JOINT NOTICE OF SETTLEMENT**
17 |                               | Complaint Filed: July 8, 2022

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 1 -
**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-15.7(a), the Parties hereby notify the Court that the parties have reached a settlement agreement in this litigation. The settlement is confidential. The Parties request that the Court take the matter off of its active calendar pending the filing of a Stipulation of Dismissal.

Respectfully submitted,

Dated: September 25, 2023                               THARPE & HOWELL, LLP

                                                        */s/ Andrea Breuer*
                                                    By: _____
                                                        STEPHANIE FORMAN
                                                        ANDREA BREUER
                                                        Attorneys for Defendant,
                                                        LOWE'S HOME CENTERS, LLC
                                                        (DOE 1)

Dated: September 25, 2023                               STEVEN LERMAN & ASSOCIATES

                                                        */s/ Nicholas Lerman*
                                                    By: _____
                                                        NICHOLAS LERMAN
                                                        Attorneys for Plaintiff,
                                                        JOSEPH HURTADO

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Andrea Breuer, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

**JOINT NOTICE OF SETTLEMENT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

## JOINT NOTICE OF SETTLEMENT

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Nicholas Lerman, Esq.<br>STEVEN LERMAN & ASSOCIATES<br>6033 W. Century Blvd., Suite 740<br>Los Angeles, CA 90045<br>Tel: (310) 659-8166<br>Fax: (310) 1285-0779<br>Email: nmlerman0@yahoo.com | Attorneys for Plaintiff, JOSEPH HURTADO |

5. a. **X** **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9/25/2023 | Amy Eivazian | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33155\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

- 3 -
**JOINT NOTICE OF SETTLEMENT**