UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S COMPANY INC., a business entity, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 5:23-cv-00065-SSS (SHKx)<br>[*Riverside County Superior Court Case No.: CVRI2202811*]<br><br>[Assigned to Hon. Sunshine Suzanne Sykes, District Judge; Hon. Shashi H. Kewalramani, Magistrate Judge]<br><br>**ORDER ON OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: July 8, 2022 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff JOSEPH HURTADO is hereby dismissed in its entirety, with prejudice.

Dated: October 25, 2023

By: _____
SUNSHINE S. SYKES
U.S. DISTRICT COURT JUDGE